

Order Filed on October 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Stephanie Elizabeth Gaspich

Case No.: _____19-17878_____

Chapter: _____13_____

Hearing Date: _____

Judge: __Michael B. Kaplan__

## ORDER VACATING

### Certification of No Objection in re: Private Sale

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 4, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Certification of No Objection in re: Private Sale

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated September 25, 2019, be and the same is hereby vacated.

*revised 2/25/14*