Order Filed on October 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Stephanie Elizabeth Gaspich | Case No.:    19-17878<br><br>Chapter:    13<br><br>Hearing Date:<br><br>Judge:    Michael B. Kaplan |

## ORDER VACATING

### Certification of No Objection in re: Private Sale

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 4, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Certification of No Objection in re: Private Sale

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated    September 25, 2019    , be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-17878-MBK
Stephanie Elizabeth Gaspich                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin                  Page 1 of 1                      Date Rcvd: Oct 04, 2019
                                  Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db            +Stephanie Elizabeth Gaspich,    1662 Amy Court,    Toms River, NJ 08755-3100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Stephanie Elizabeth Gaspich bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 7