Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–17878–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Stephanie Elizabeth Gaspich
  211 Central Avenue
  Point Pleasant Beach, NJ 08742

Social Security No.:
  xxx–xx–4627

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     2/26/20
Time:     02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES
fee: $2,500

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 23, 2020
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-17878-MBK
Stephanie Elizabeth Gaspich                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 23, 2020
                              Form ID: 137             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
```
db          +Stephanie Elizabeth Gaspich,   211 Central Avenue,   Point Pleasant Beach, NJ 08742-3223
br          +GLORIA NILSON,   829,   W. Park Avenue,   Ocean, NJ 07712-7205
r           +Gloria Nilson & Co. Real Estate,   829 W. Park Avenue,   Ocean, NJ 07712-7205
r           +Keller Williams,   353 North County Line Road,   Jackson, NJ 08527-4426
518190395   +Andrew Selkow, Esq.,   c/o Ford Motor Credit Company LLC,   1236 Brace Rd,
             Cherry Hill, NJ 08034-3229
518190400   +Lincoln Automotive Financial Service,   Pob 542000,   Omaha, NE 68154-8000
518190399   +Lincoln Automotive Financial Service,   Attn: Bankruptcy,   Po Box 542000,
             Omaha, NE 68154-8000
518190401   +Michael A. Amato, Esq.,   74 Brick Blvd,   Brick, NJ 08723-7984
518190403   +Pioneer Credit Recovery,   PO Box 1018,   Moorestown, NJ 08057-0018
518190404   +Powers Kirn, LLC,   728 Marne Highway, Suite 200,   Moorestown, NJ 08057-3128
518190406   +Ray And Flan,   1000 Macarthur Bv,   Mahwah, NJ 07430-2035
518190405   +Ray And Flan,   Attn: Bankruptcy,   1000 Macarthur Blvd.,   Mahwah, NJ 07430-2035
518296138   +Richard J. Tracy, III., Esq.,   30 Montgomery St., Suite 1205,   Jersey City, NJ 07302-3835
518318788   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,   Division of Taxation,   PO BOX 245-Bankruptcy,
             Trenton, NJ 08695-0272)
518440411   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
518440412   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518295283   +TD Bank, N.A.,   Payment Processing, PO Box 16029,   Lewiston, ME 04243-9507
518272530    Wells Fargo Bank, N.A.,   Attn: Default Document Processing,   MAC# N9286-01Y,
             1000 Blue Gentian Road,   Eagan, MN 55121-7700
518190412   +Wells Fargo Hm Mortgag,   Po Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 23:56:43     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 23:56:39     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518190397    E-mail/Text: mrdiscen@discover.com Jan 23 2020 23:55:41     Discover Financial,   Pob 15316,
             Wilmington, DE 19850
518205418    E-mail/Text: mrdiscen@discover.com Jan 23 2020 23:55:41     Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
518190396   +E-mail/Text: mrdiscen@discover.com Jan 23 2020 23:55:41     Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
518224386    E-mail/Text: cio.bncmail@irs.gov Jan 23 2020 23:55:58     Internal Revenue Service,
             P.O. Box 7346,   Philadelphia, PA 19101-7346
518190402    E-mail/Text: kmorgan@morganlaw.com Jan 23 2020 23:57:20     Morgan, Bornstein & Morgan,
             1236 Brace Road,   Suite K,   Cherry Hill, NJ 08034-3269
518192967   +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:03:31     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518190408   +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:03:30     Synchrony Bank/ JC Penneys,
             Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
518190409   +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:04:28     Synchrony Bank/ JC Penneys,
             Po Box 965007,   Orlando, FL 32896-5007
518190411    E-mail/Text: bankruptcy@td.com Jan 23 2020 23:56:44     TD Bank, N.A.,   32 Chestnut Street,
             Lewiston, ME 04240
518190410    E-mail/Text: bankruptcy@td.com Jan 23 2020 23:56:44     TD Bank, N.A.,   32 Chestnut Street,
             Po Box 1377,   Lewiston, ME 04243
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518190398*    Internal Revenue Service,   PO Box 804527,   Cincinnati, OH 45280-4527
518190407*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 245,
              Trenton, NJ 08646)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jan 23, 2020
                              Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Specialized Loan Servicing, LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Stephanie Elizabeth Gaspich
               courtdocs@oliverandlegg.com,    R59915@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor   Specialized Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                          TOTAL: 8
```