| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>William H. Oliver, Jr., Esq.<br>2240 Highway 33, Suite 112, PO Box 667<br>Neptune, NJ 07753<br>bkwoliver@aol.com<br>732-988-1500/FAX 732-775-7404<br><br>In re:<br><br>STEPHANIE ELIZABETH GASPICH,<br><br>                Debtor | **Order Filed on February 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No. 19-17878<br><br>Chapter: 13<br><br>Hearing Date: 2/26/20 @ 2:00pm<br><br>Judge: Michael B. Kaplan |

<u>AMENDED</u>
### **<u>ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES</u>**

      The relief set forth on the following pages, number two (2) through __2__ is hereby **ORDERED.**

**DATED: February 25, 2020**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $_2,500_____ for services rendered and expenses in the amount of  $___n/a____ for a total of $__2,500_____.  The allowance shall be payable:

____   through the Chapter 13 plan as an administrative priority.

_XX_  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.